# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>Jesse Alexander Alvarez<br>DOB: xx/xx/1991<br>United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-01416MJ |

Complaint for violation of Title 18 United States Code § 751

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 9, 2018, at Tucson, in the District of Arizona, the defendant, Jesse Alexander Alvarez, did knowingly escape from custody at Oracle Transition Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court of Arizona upon conviction for the commission of Assault of a Federal Officer, in violation of Title 18, United States Code, Section 111(a)(1); in violation of Title 18, United States Code, Section 751.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about October 11, 2017, Jesse Alexander ALVAREZ was sentenced to the custody of the Bureau of Prisons to serve a term of 14 months in prison pursuant to his conviction for Assault of a Federal Officer in case number CR 16-00856-001-TUC-JGZ (BPV) in the District of Arizona. Pursuant to his commitment to the Bureau of Prisons and by the authority of the Attorney General of the United States, ALVAREZ was designated to serve a portion of his sentence at Oracle Transition Center, an institutional facility, located in Tucson, Arizona. On January 9, 2018, at approximately noon, ALVAREZ failed to return to the facility at the designated time, after being granted permission to leave in order to conduct a job search. As of today's date, the defendant has not returned or been located.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>REVIEWED by AUSA Rui Wang<br><br>Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Deputy U.S. Marshal James A. Thursby<br><br>DATE<br>January 12, 2018 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54